## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR271** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ROSA MARIA FLORES-TAPIA,** | ) | |
| **SANDRA LUZ VILLANUEVA BARRIOS,** | ) | |
| **CARMINA ARRELLANO RODRIGUEZ,** | ) | |
| **RICARDO VILLA SOSA and** | ) | |
| **MELECIO GARCIA RANGEL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion for an extension of time by defendants Rosa Maria Flores-Tapia (Flores-Tapia) (Filing No. 43), Sandra Villanueva Barrios (Barrios) (Filing No. 45), and Melecio Garcia Rangel (Rangel) (Filing No. 46). The moving defendants seek from twenty-one to thirty days in which to file pretrial motions in accordance with the progression order (Filing No. 25). Upon consideration, the motions will be granted. **Furthermore, the deadline for filing motions will be extended for all of the co-defendants**.

**IT IS ORDERED:**

1. Defendants Flores-Tapia's, Barrios', and Rangel's motions for an extension of time (Filing Nos. 43, 45, and 46) are granted. **All defendants** are given until **on or before October 26, 2006,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the time between **September 27, 2006 and October 26, 2006**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

2. The evidentiary hearing tentatively scheduled for 9:00 a.m. on October 6, 2006, is **canceled** and will be rescheduled, if necessary, following the filing of any pretrial motions in accordance with this order.

DATED this 27th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge