IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR271 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROSA MARIA FLORES-TAPIA, | ) | |
| SANDRA LUZ VILLANUEVA BARRIOS, | ) | |
| CARMINA ARRELLANO RODRIGUEZ, | ) | |
| RICARDO VILLA SOSA and | ) | |
| MELECIO GARCIA RANGEL, | ) | |
| | ) | |
| Defendants. | ) | |

An evidentiary hearing on all pending motions is scheduled before the undersigned magistrate judge at **1:30 p.m. on November 30, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

> **Disclosure of Evidence.** This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
>
> (a) **Witnesses.** At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
>
> (b) **Exhibits.** At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge.

Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

This being a criminal case, all defendants with pending motions must be present unless otherwise ordered by the court.

DATED this 9th day of November, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge