IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>           Plaintiff,                              )<br>                                                             )<br>     vs.                                                )<br>                                                             )<br>ROSA FLORES-TAPIA,                      )<br>SANDRA BARRIOS,                          )<br>CARMINA RODRIGUEZ,                  )<br>RICARDO SOSA,                               )<br>MELECIO RANGEL,                           )<br>                                                             )<br>           Defendants.                         )<br>                                                             ) | 8:06CR271<br><br>**AMENDED ORDER** |

This matter is before the Court on the Plaintiff's Motion to Amend its Preliminary Order of Forfeiture dated March 27, 2007 (Filing No. 163). The Court, being duly advised of the premises, finds as follows:

1. On March 27, 2007, this Court entered a Preliminary Order of Forfeiture (Filing No. 147) granting the Plaintiff's Motion for Preliminary Forfeiture and <u>Memorandum</u> Brief. Said Order contains an incorrect VIN for the 2001 Lexus.

IT IS ORDERED:

A. The United States' Motion to Amend (Filing No. 163) is hereby sustained.

B. This Court's Preliminary Order of Forfeiture (Filing No. 147) dated March 27, 2007, is hereby amended to reflect the VIN for the 2001 Lexus as JT8BD69S610125752.

DATED this 18th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge