IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:06CR271 |
| Plaintiff, | |
| vs. | TENTATIVE FINDINGS |
| MELECIO GARCIA RANGEL, | |
| Defendant. | |

The Court has received the Presentence Investigation Report ("PSR") in this case. The parties have not objected to the PSR. *See* Order on Sentencing Schedule, ¶ 6. The parties adopted the PSR. (Filing No. 146, 161, 162.)[1] The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 2005 WL 50108 (U.S. Jan. 12, 2005), the sentencing guidelines are advisory.

IT IS ORDERED:

1. The parties are notified that my tentative findings are that the PSR is correct in all respects;

2. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary

---

[1] The Defendant adopted the PSR despite "not agreeing" with representations made in ¶¶ 22, 24, 25 and 31. The Court is not at liberty to alter the information in ¶¶ 22 and 24, as those paragraphs are part of the government's version of the offense. As defense counsel noted, any changes that would be made in ¶¶ 25 and 31 would not affect the sentencing guideline range in light of the 5-year statutory maximum. For these reasons, the Court will not address these issues.

hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

3.  Absent submission of the information required by paragraph 2 of this Order, my tentative findings may become final; and

4.  Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 23rd day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge