UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:06CR271 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| ROSA MARIA FLORES-TAPIA, ) | |
| SANDRA LUZ VILLANUEVA BARRIOS, ) | |
| CARMINA ARELLANO RODRIGUEZ, ) | |
| RICARDO VILLA SOSA, ) | |
| MELECIO GARCIA RANGEL, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture and Memorandum Brief (Filing No. 192). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On March 27, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Section 1952(a)(3) and Title 21, United States Code, Section 853, based upon the Defendants' pleas of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in $74,180.00, $8,648.00, 2001 Lexus GS300, VIN JT8BD69SG10125752, and 1992 Lincoln Towncar, VIN 1LNLM82W2NY648560 was forfeited to the United States.

2. On May 3, 10 and 17, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the

validity of their alleged legal interest(s) in said property.  An Affidavit of Publication was filed herein on June 20, 2007(Filing No. 189).

3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the $74,180.00, $8,648.00, 2001 Lexus GS300, VIN JT8BD69SG10125752, and 1992 Lincoln Towncar, VIN 1LNLM82W2NY648560, held by any person or entity, are hereby forever barred and foreclosed.

C.  The $74,180.00, $8,648.00, 2001 Lexus GS300, VIN JT8BD69SG10125752, and 1992 Lincoln Towncar, VIN 1LNLM82W2NY648560, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 26th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge